

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Deborah J Grohs*

**Deborah J. Grohs**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, EL PASO COUNTY, COLORADO
Address: 270 South Tejon Street
Colorado Springs, CO 80903
(719) 448-7700

**Plaintiff:** LORRIE E. CONWAY (FKA LORRIE KING)

v.

**Defendant:** RAMBLIN EXPRESS, INC., a Colorado Corporation.

▲ **COURT USE ONLY** ▲

Case Number: 11 CV 4878

Div.: 18

**ORDER**

---

This matter is before the Court on Defendant Ramblin Express, Inc.'s ("Defendant") Unopposed Motion to Enlarge Time Within Which to File an Answer or Other Responsive Pleading.

IT IS THEREFORE ORDERED:

1.  Defendant's Unopposed Motion to Enlarge Time Within Which To File an Answer or Other Responsive Pleading is GRANTED; and

2.  Defendants shall have an additional seven (7) days, up to and including October 11, 2010, within which to file an Answer or other responsive pleading.

DATED this ____ day of October, 2011.

BY THE COURT:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---:|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Deborah J Grohs |
| **File & Serve Transaction ID:** | 40161800 |
| **Current Date:** | Oct 07, 2011 |
| **Case Number:** | 2011CV4878 |
| **Case Name:** | CONWAY, LORRIE E vs. RAMBLIN EXPRESS INC A COLORADO CORPORATI |
| **Court Authorizer:** | Deborah J Grohs |

**/s/ Judge Deborah J Grohs**